UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STARLING ENDEAVORS LTD., and
ENTREPRENEUR HOLDING, LTD,

    Plaintiffs/Movants,

    v.

CRESCENDO VENTURES IV, LLC,

    Defendant/Respondent.
_____/

No. C 06-1250 PJH

**JUDGMENT**

    The court having denied the motion of plaintiffs Starling Endeavors, Ltd., and Entrepreneurs Holding, Ltd., to vacate an arbitration award issued on November 18, 2005,

    It is Ordered and Adjudged

    that judgment be entered in favor of defendant Crescendo Ventures IV, LLC, as provided in the award.

    **IT IS SO ORDERED.**

Dated: March 31, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge